

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: COPART, INC., COPART OF HOUSTON, INC., AND HOUSTON COPART SALVAGE AUTO AUCTIONS, LP, | § | No. 08-18-00034-CV |
|  | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
| Relators. | § |  |
|  | § |  |

**O R D E R**

The Court has this day considered the Relators' emergency motion for stay of underlying proceedings and concludes that the motion should be GRANTED. The 243rd District Court of El Paso County, Texas is ordered to stay all pre-arbitration discovery, including the discovery order announced on February 28, 2018 and the deposition of Kallie Sirles, in cause number 2017DCV4011, styled *Maria R. Ordaz v. CoPart, Inc., CoPart of Houston, Inc. and Houston CoPart Salvage Auto Auctions, L.P.,* pending resolution of this original proceeding or further order of this Court. Further, the Court has determined that no action will be taken on the Relators' Petition for Writ of Mandamus pending a response from the Real Party in Interest. The response is requested to be filed on or before April 5, 2018.

IT IS SO ORDERED this 6th day of March, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.